IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DESIGN BASCIS, LLC,<br><br>                Plaintiff,<br><br>     vs.<br><br>CARHART LUMBER COMPANY, SCOTT BRIAN CARTHART, BRENDA KUHLMAN CARHART, WILLIAM C. CARHART, AND MICHAEL HERBOLSHEIMER,<br><br>                Defendants. | 8:13CV125<br><br>AMENDED PROGRESSION ORDER |

This matter is before the court on the parties' joint motion to continue the trial in this case and for an amended scheduling order, (Filing No. 65). Based upon the parties' representations, the motion will be granted.

Accordingly,

IT IS ORDERED:

1)      The parties' joint motion to continue, (Filing No. 65) is granted. The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on February 8, 2016, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)      The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 26, 2016 at **1:00 p.m.**, and will be conducted by WebEx

conferencing. A separate order will be filed with the instructions and codes for participating in the pretrial conference by WebEx. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 22, 2016

3) Motions for summary judgment or other dispositive motions shall be filed by October 19, 2016.

4) No further continuances will granted absent a substantial showing of good cause.

Dated this 24th day of September, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge