IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DESIGN BASICS, L.L.C., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:13CV125 |
| | ) | |
| v. | ) | |
| | ) | |
| CARHART LUMBER COMPANY, | ) | |
| SCOTT BRIAN CARHART, | ) | **ORDER** |
| BRENDA KUHLMAN CARHART, | ) | |
| WILLIAM C. CARHART, and | ) | |
| MICHAEL HERBOLSHEIMER, | ) | |
| | ) | |
| Defendants. | ) | |

After review of the defendants' "Motion to Reconsider Memorandum and Order Doc #86" (Filing 91) and the parties' associated briefs,

**IT IS ORDERED**:

The defendants' "Motion to Reconsider Memorandum and Order Doc #86" (Filing 91) is denied.

DATED this 22nd day of March, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge